IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRED VAN VALKENBURG, in his official capacity as County Attorney for Missoula County, Montana, and COUNTY ATTORNEY'S OFFICE FOR MISSOULA COUNTY, MONTANA, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | CV 14–38–M–DLC <br><br> ORDER <br><br> **FILED** <br> MAY 20 2014 <br> Clerk, U.S District Court <br> District Of Montana <br> Missoula |

Defendants request a 21-day extension of time to answer or otherwise respond to the complaint in this case. Defendants indicate that the parties have been meeting for the purpose of reaching an amicable resolution to this dispute, and represent that while these discussions have been active and productive, the parties need additional time to continue these discussions in the hope of reaching a settlement. Plaintiffs do not object to this request, and the motion will be granted.

Should the parties determine that mediation before a United States Magistrate Judge would assist in their efforts to settle this case at any point during this litigation, the Court will entertain a joint motion for mediation despite the fact

1

that the deadline for such a motion set by the Court's order of April 17, 2014 (Doc. 4) has passed.

IT IS ORDERED that Defendants' motion for extension (Doc. 6) is GRANTED. Defendants shall file their response to the complaint no later than June 11, 2014.

Dated this 20th day of May, 2014.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court